UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

DANIEL FABULIC                                                              PLAINTIFF

v.                                                                                    NO. 3:10-CV-477-S

TAKHAR COLLECTION SERVICES, LTD.                                DEFENDANTS

## DEFAULT JUDGMENT

The above matter having been referred to the United States Magistrate Judge James D. Moyer pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), and the Magistrate Judge having filed his Findings of Fact, Conclusions of Law and Recommendation, and there being no objections filed thereto,

The court **ACCEPTS** the Findings of Fact, Conclusions of Law and Recommendation of the Magistrate Judge, AND

**IT IS HEREBY ORDERED** that the motion for default judgment (DN 7) is **GRANTED** and the plaintiff is granted **JUDGMENT AGAINST TAKHAR COLLECTION SERVICES LTD.** in the amount of $11,000.00, plus an attorney's fee of $4650.00, and including post-judgment interest annually from the date of entry of this Judgment and pursuant to Federal law.

This is a final order with no just reason for delay in its entry.

August 3, 2011

Charles R. Simpson III, Judge
United States District Court